JODI LINKER
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Daniel_Blank@fd.org

Counsel for Defendant ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–0392 TLT |
|---|---|
| Plaintiff, | **DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
| v. | |
| MARK ANDERSON, | Court:   Hon. Trina Thompson<br>Date:    May 12, 2023<br>Time:    10:00 a.m. |
| Defendant. | |

**ARGUMENT**

Defendant Mark Anderson is pleased to join the recommendation of the U.S. Probation Officer in the Amended Presentence Report dated April 28, 2023, for a sentence of a term of imprisonment of "time served," for the reasons stated therein.

Dated:    May 5, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

       /S
DANIEL P. BLANK
Senior Litigator